Pearson, C. J.
 

 The only ground taken in this court was that the Judge erred in declining to charge that, if the prisoner was handling the gun in a careless and negligent manner, and it accidentally went off, the killing was mitigated to manslaughter. His Honor refused so to charge, on the ground that there was no evidence to sustain that view of the case. There is no error.
 

 The evidence relied on ■ by the prisoner’s counsel was that the lock of the gun was out of order and it would not stand at half-cock.” This evidence may have been ground for a “ conjecture ” that by possibility the gun went off accidentally, but standing alone it certainly was not evidence fit to be left to the jury, on which to find that such was the
 
 fact,
 
 as the
 
 onus
 
 of proof lay upon the prisoner, the killing by him having been proved.
 
 Sutton
 
 v.
 
 Madre, 2
 
 Jon., 320.
 

 It is true that in making out a fact by circumstantial evidence, a matter, which taken by itself would be of no importance, frequently makes an important link in the chain of circumstances by being taken in connection with other circumstances; but there must be a
 
 chain
 
 leading to the fact to be established, and one link taken by itself amounts to nothing. For illustration: it is proved that a father killed his child with a gun; this puts the
 
 onus
 
 on him; he proves that the child was a favorite of his; that the lock of the gun was out of repair, so that it would sometimes go off at half-cock by a jar or sudden motion, and that, at the instant it went off, he made an exclamation of surprise and exhibited
 
 *379
 
 the natural emotions of grief, (which would be admissible as part of the
 
 res gestee).
 
 Here is a chain of circumstances proper for the consideration of the jury. In our case there is a middle link: i. e., The look was out of order, and it would not stand at half-cock. But the prisoner is content with the fact that the State had offered no evidence of any ill will or quarrel between him and the deceased; so the link on that side is wanting, and, so far from there being a link on the other side so as to make a chain, the evidence is that, without expressing any surprise, he throws down the gun, picks up his pistol and makes his escape; and, even when arrested, puts his defence on the ground that he did not know that the gun was loaded. Thus the evidence in respect to the lock stands alone in reference to the allegation that the gun went off accidentally, and is hardly sufficient to suggest “ a conjecture ” that such might have been the fact.
 

 We fully approve of the charge of his Honor upon the subject of insanity. It is clear, concise and accurate; and, as it is difficult to convey to the minds of jurors an exact legal idea of the subject, we feel at liberty to call the attention of the other Judges to this charge.
 

 There is no error. This opinion will be certified to the end, &c.
 

 Pbr Curiam. There is no error.